# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GEORGIO SER,

    Plaintiff,

v.

FRANK BISIGNANO,[1]
Commissioner of Social Security,

    Defendant.

Case No. 3:25-cv-00174-MMD-CLB

**ORDER EXTENDING TIME TO FILE MOTION FOR REMAND/REVERSAL**

On May 17, 2023, Plaintiff Georgio Ser ("Ser") initiated this action, which involves judicial review of an administrative action by the Secretary of Health and Human Services, denying his claim for disability benefits under the Social Security Act. (ECF No. 1.)

On July 7, 2025, Defendant Commissioner Frank Bisignano ("Commissioner") filed the certified administrative record. (ECF No. 20.) Although an answer was not filed, the Court construes the certified administrative record as the answer pursuant to Fed. R. Civ. P. Supp. Soc. Sec 4(b). Unless the Court sets a different time, the plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed. Fed. R. Civ. P. Supp. Soc. Sec. 6. As of September 8, 2025, more than 60 days after the CAR was filed, Ser has failed to file a motion for remand or reversal.

For good cause appearing, the Court will *sua sponte* grant Ser an extension to **Monday, September 29, 2025,** to file his motion for reversal/remand. Absent extraordinary circumstances, no further extensions of time will be granted.

///

///

---

[1] Frank Bisignano is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

1  Finally, if Ser fails to file his motion for reversal/remand, the Court will consider
2 appropriate sanctions against the offending party, up to and including filing a
3 recommendation for dismissal of this action without prejudice.

**IT IS SO ORDERED.**

**DATED**: September 8, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**