**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GEORGIO SER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FRANK BISIGNANO,[1] Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. 3:25-CV-00174-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE MOTION FOR REMAND OR REVERSAL AND DENYING PLAINTIFF'S MOTION FOR REMAND OR REVERSAL**<br><br>[ECF Nos. 22, 23] |

　　　　Before the Court are two motions filed by Plaintiff Georgio Ser ("Ser"). (ECF Nos. 22, 23.) First is Ser's motion to extend the deadline for him to file his motion for remand or reversal, (ECF No. 22), and second is Ser's motion for remand or reversal, (ECF No. 23). The throughline of Ser's two motions is that, because he is incarcerated, he cannot access the certified administrative record, (ECF No. 20), and therefore cannot draft a sufficiently detailed motion for remand or reversal. (*See* ECF Nos. 22 at 2-3; 23 at 1-2.) Indeed, Ser's pending motion for remand or reversal is based on the limited documentation he has available to him and his memory of the events at issue, not the certified administrative record. (ECF No. 23.) Ser therefore asks that the Court order a physical copy of the certified administrative record be sent to him and grant him additional time to properly draft his motion for remand or reversal. (ECF No. 22 at 2-3.)

　　　　For good cause appearing, Ser's motion to extend the deadline to file his motion for remand or reversal, (ECF No. 22), is **GRANTED**. Furthermore, Ser's pending motion for remand or reversal, (ECF No. 23), is **DENIED** with leave to refile in accordance with the dates set forth below.

　　　　**IT IS HEREBY ORDERED**:

　　　　**1.** Defendant shall mail a physical copy of the certified administrative record, (ECF

---

[1]　　Frank Bisignano is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

No. 20), to the Lovelock Correctional Facility by **Friday, October 17, 2025**, at the following address:

>Warden's Office
>Lovelock Correctional Facility
>1200 Prison Road
>Lovelock, NV 89419

Defendant shall also include a cover letter explaining why the record is being sent to the prison along with a copy of the Court's order. Lastly, Defendant shall file a notice with the Court confirming that a copy of the certified administrative record was sent by the aforementioned date.

   **2.** Ser shall have until **Monday, November 17, 2025**, to refile his motion for remand or reversal. Ser is advised that **no further extensions will be granted**. Furthermore, Ser is advised that he is not permitted to maintain the certified administrative record in his cell pursuant to Nevada Department of Corrections Administrative Regulation ("AR") 639. Ser must follow the steps set forth in AR 639 to review the certified administrative record by sending a kite to the Warden's Office.

   **3.** Defendant shall have **30 days** from the date Ser's motion for remand or reversal is filed to submit a response. Ser shall have **14 days** from the date Defendant's response is filed to submit his reply.

   **DATED**: October 2, 2025.

_____
 **UNITED STATES MAGISTRATE JUDGE**